IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAYMOND MARRERO<br><br>Plaintiff,<br><br>vs.<br><br>MENARD, INC.<br><br>Defendant. | CASE ID: 8:21-CV-324<br><br>**ORDER COMPELLING COMPLIANCE WITH SUBPOENA DUCES TECUM** |

    This matter came before the Court on Defendant's, Menard, Inc., Unopposed Motion to Compel Compliance with Subpoena Duces Tecum, (Filing No. 52), requesting an order compelling Nebraska Medicine, 10304 Crown Point Ave., Omaha, Nebraska 68134 ("Nebraska Medicine"), to produce records in response to a subpoena duces tecum (the "Subpoena") served on Nebraska Medicine by counsel for Defendant Menard, Inc. on August 22, 2022. The Court, being fully advised in the premises, finds the requested records in Nebraska Medicine's possession, including any specially protected data, are relevant and/or likely to yield admissible evidence regarding the claims asserted by Plaintiff and are therefore the proper subject of discovery and should be disclosed.

    Accordingly, it is hereby ORDERED, ADJUDGED, AND DECREED that the motion to compel, (Filing No. 52), is granted as follows:

    Within 14 days of the date of this Order, Nebraska Medicine, 10304 Crown Point Ave., Omaha, Nebraska 68134, shall produce all records in its possession, including any specially protected data, that are responsive to the Subpoena.

    DATED this 29th day of November, 2022.

BY THE COURT:

_____
The Honorable Cheryl R. Zwart
United States Magistrate Judge

Prepared and submitted by:

Robert W. Futhey, #24620
Karson S. Kampfe, #26054
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17 Street
Omaha, NE 68102-2663
(402) 341-6000
rfuthey@fraserstryker.com
kkampfe@fraserstryker.com
ATTORNEYS FOR DEFENDANT
2897978v2